IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LONNIE LEE JONES, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:19-cv-00456-K |
| | § | |
| FRANK DOUGLAS, et al, | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Plaintiff's motion to proceed *in forma pauperis* (Dkt. No. 6), and motion to appoint counsel (Dkt. No. 8), are DENIED.

SO ORDERED.

Signed June 5th, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE